# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**CONNIE CHITPATSONG SYSOMSACK,**<br><br>**Defendant.** | 1:18-cr-00007-LJO<br><br>**ORDER GRANTING PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE (Doc. 4)** |

The Court has received and reviewed the Defendant's petition. Neither Probation nor the U.S. Attorney's Office has any objection. Due to the exemplary compliance with all terms and conditions of supervised release, the request is GRANTED. Supervised Release is hereby terminated.

IT IS SO ORDERED.

Dated: __**July 18, 2018**__  　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1